## Herron *v.* Jones & Laughlin Company, Limited, Appellant.

Argued April 15, 1903. Appeal, No. 89, April T., 1903, by defendant, from judgment of C. P. No. 1, Allegheny County, March T., 1902, No. 496, on verdict for plaintiff in case of Hugh Herron v. Jones & Laughlin Company, Limited. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Reversed.

OPINION BY HENDERSON, J., May 22, 1903:

By agreement of counsel this case was tried before the same jury as the preceding case between the same parties, and one verdict was taken in both cases.

For the reasons given in that case the judgment in this case is reversed, and a venire facias de novo awarded.